In the Supreme Court of Georgia

Decided: February 2, 2015

S14A1921. RAVENELL v. RAVENELL.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant

to Supreme Court Rule 59.

Affirmed without opinion. All the Justices concur.